**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Jamie Washington

                        Plaintiff,

v.                                                  Case No.: 1:15−cv−03923
                                                    Honorable Jorge L. Alonso

LM Accounts, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 6, 2015:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's motion to enter and continue plaintiff's motion for class certification [7] is granted. Plaintiff's motion to certify class [5] is entered and continued generally. Motion hearing date of 5/14/15 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.